DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES LEWIS BROWN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1757

_____

December 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

James Lewis Brown, Jr., pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., SMITH and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.